IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB -7 AM 10: 36

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No. _____
(To be supplied by the court)

__JEFFREY ALLEN KEY_____, Plaintiff,

v.

__DILLON COMPANIES, INC._____,

__VALERIE MONICA MCFARLANE_____,

__CITY MARKET OF ASPEN, CO_____,

(AKA) __KROGER FOODS INC._____,

(AKA) __KING SOOPERS INC._____,

(APD) __DETECTIVE JEFF FAIN_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. **JEFFREY ALLEN KEY**
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   506 EAST MAIN STREET ASPEN, CO 81611

2. **DILLON COMPANIES, INCORPORATED**
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:
   PARENT COMPANY OF CITY MARKET
   P.O. Box 1266, Hutchinson, K 67504-1266

3. **VALERIE MONICA MCFARLANE (970) 920-7230**
   (Name, title, and address of second defendant)
   685 EAST COOPER STREET ASPEN, CO 81611

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:
   AS "LOSS PREVENTION OFFICER" SHE MANIPULATED CITY MKT. RECORDS FOR THE ASPEN POLICE DEPARTMENT.

4. **CITY MARKET GROCERY STORE OF ASPEN**
   (Name, title, and address of third defendant)
   685 EAST COOPER STREET ASPEN, CO 81611   920-7230

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes __ No (CHECK ONE). Briefly explain your answer:
   REPRESENTATIVE OF CITY MARKET STORE WAS WORKING IN COORDINATION WITH THE ASPEN POLICE DEPARTMENT.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                             2

## A. PARTIES

5. (FOURTH DEFENDANT)

    KING SOOPER'S INCORPORATED

6. (FIFTH DEFENDANT)

    KROGER FOODS INCORPORATED

7. (SIXTH DEFENDANT)

    JEFF FAIN (ASPEN POLICE DETECTIVE)

    ADDRESS:

    506 EAST MAIN STREET, STUDIO #102
    ASPEN, COLORADO 81611
    (970) 920-5400

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    FEDERAL U.S. DISTRICT COURT
    10TH CIRCUIT COURT DIVISION

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

ON FEBRUARY 12TH 2015, I WAS ARRESTED @ 6:00 P.M. LEAVING THE ASPEN CLUB & SPA IN ASPEN, Co BY ASPEN POLICE DETECTIVE, JEFF FAIN FOR AN ACCUSATION OF USING A "CITY MKT. VALUE CARD" WITH AN UNAUTHORIZED USE OF A CREDIT CARD TO PURCHASE GROCERIES IN JANUARY 2015 AT THE CITY MARKET GROCERY STORE IN ASPEN, COLORADO.

I CLAIM THE ACCUSATION IS FALSE AND THE LOSS PREVENTION & RECORDS MANAGER OF THE ASPEN CITY MARKET FRAUDENTLY MANIPULATED THE RECORDS IN A SUBPOENA BY (APD) DETECTIVE JEFF FAIN. (WORKING IN CONNECTION WITH THE POLICE)

(Rev. 1/30/07)                                    3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: **FRAUD**

   Supporting Facts:

   Ms. Valerie Monica McFarlane was a former Aspen Police Officer for 15-months between the dates of December 2008 until her dismissal in March of 2010. She had garnered several "misconduct reports" during her very short tenure as an Aspen Police Officer before the mutual termination of her employment.

   Ms. McFarlane was the "only" African American employed by the Aspen Police Department and was one of a very few female officers. Instead of jeopardizing any reprisals from such a minority employee, the City of Aspen allowed Ms. McFarlane to resign with a 10K severance. This was a contradictive decision among the citizens, community and taxpayers of Aspen, Co.

(Rev. 1/30/07)                              4

2. Claim Two: __MANIPULATION OF CITY MKT. RECORDS__

Supporting Facts:

Ms. Valerie Monica McFarlane D.O.B January-1965, had aquired many friends among the Aspen Police Department during her brief tenure as an (APD) Patrol Officer.

Ms. McFarlane was currently employed as a Manager of the "Records Dept." at the City Market Grocery Store in Aspen, Colorado, in January 2015. She had a "Proven Character" already as deceptive, corrupt, dishonest, manipulative, untrustworthy and very opportunistic, while promising to protect and serve the community of Aspen, Co (Pop. 6000).

City Market "Value Card Records" on a certain #1852 under the name of "Jay Key", was ascertained and fraududently procured by Ms. McFarlane to satisfy a subpoena duces tecum of Aspen Police Detective Jeff Fain, which led to the eventual "Cold Arrest" of the Plaintiff in this suit, Jeffrey Allen Key.

3. Claim Three: __FRAUDULENT RECORDS__

   Supporting Facts:

   ON FEBRUARY 6TH 2015, ASPEN POLICE DETECTIVE JEFF FAIN UNCONSTITUTIONALLY OBTAINED A "RECEIPT" FROM A CITY MARKET STORE IN NEWCASTLE, CO DATED 10/21/14 WITH VALUE CARD NO. 1852 AND THEN PURSUED AN AFFIDAVIT TO SEARCH FOR A PURCHASE CONNECTED TO VALUE CARD WITH A STOLEN CREDIT CARD.

   THE CITY MARKET "RECEIPT" WAS FOUND AT A FORMER FRIEND OF JEFFREY A. KEY'S IN ASPEN, CO AT HIS CONDOMINIUM RESIDENCE, WHERE MR. KEY DID NOT RESIDE AT THE TIME IN JANUARY 2015.

   THE PLAINTIFF, JEFFREY KEY ADAMANTLY DENIES USING THE CITY MARKET VALUE CARD WITH THE STOLEN CREDIT CARD AT ISSUE ON THE ACCLAIMED DATE. FURTHERMORE, PLAINTIFF CLAIMS BOTH DEFENDANTS, VALERIE MCFARLANE & JEFF FAIN COORDINATED AND CONSPIRED TO PROVIDE FRAUDULENT INFORMATION "UNDER COLOR OF STATE LAW" AND THE GUISE OF FALSIFYING CITY MARKET RECORDS.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: **DON BIRD & PITKIN CO.**

2. Docket number and court name: **1:16-CV-00863-GPG**

3. Claims raised in prior lawsuit: **CIVIL RIGHTS VIOLATIONS**

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): **3RD AMENDED COMPLAINT PENDING**

5. If the prior lawsuit was dismissed, when was it dismissed and why? **NA**

6. Result(s) of any appeal in the prior lawsuit: **NA**

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ___ Yes ✓ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes ✓ No (CHECK ONE).

   **(DOES NOT APPLY)**

(Rev. 1/30/07)                         7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Punitive Damages — 2 Million Dollars
2. Compensatory Damages — 2 Million Dollars
3. Economic Damages — 2 Million Dollars
4. Trial by a Jury

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  Feb. 5th 2017
                    (Date)

_____
(Prisoner's Original Signature)

# CERTIFICATE OF SERVICE

4. If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1. Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2. You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3. When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

> Clerk of the Court
> Alfred A. Arraj United States Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294-3589

4. Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to U.S. DISTRICT COURT ~~(defendant(s) or counsel for defendant(s))~~ at _ABOVE_ (address) on FEB. 6TH, 20 17.

_____
Plaintiff's Original Signature

5. The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

(Rev. 8/24/15)      2