# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00341-LTB

JEFFREY ALLEN KEY,

    Plaintiff,

v.

DILLON COMPANIES, INC.,
VALERIE MONICA MCFARLANE,
CITY MARKET OF ASPEN, CO., aka Kroger Foods Inc. aka King Soopers Inc., and
JEFF FAIN, Detective,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 7, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7th day of June, 2017.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/D. Kalsow
                  Deputy Clerk